# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **PATRICIA ROSENDAHL AND** § | |
| **TORBEN ROSENDAHL** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO.**_____ |
| § | |
| **UNITED PROPERTY & CASUALTY** § | |
| **INSURANCE COMPANY** § | |

### INDEX OF MATTERS BEING FILED

1. Notice of Removal

2. **Exhibit A** – Index of Matters Being Filed

3. **Exhibit B** – All executed process in this case, including copies of: Plaintiffs' Original Petition and Request for Disclosure, Citation for United Property & Casualty Insurance Company, Returned Service of Process on Defendant United Property & Casualty Insurance Company; Defendant United Property & Casualty Insurance Company's Original Answer to Plaintiff's Original Petition with Request for Disclosures; and District Clerk's Docket Sheet.

4. **Exhibit C** – Letter to Plaintiffs' Counsel Regarding Binding Stipulation*;*

5. **Exhibit D** – List of all Counsel of Record;

6. **Exhibit E** – Civil Cover Sheet